IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

PEDRO R. MENDEZ                                             CASE NO. 18-11469-AJC
                                                            CHAPTER 13
               Debtor.
_____/

**OBJECTION TO CONFIRIMATION OF PLAN**

      Creditor, Specialized Loan Servicing LLC, as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-NC4, Mortgage Pass-Through Certificates, Series 2006-NC4, files its Objection to Confirmation of Plan and states:

      1.     Creditor holds a note secured by a mortgage on the property located 3010 NW 16th Street, Miami, Florida 33125.

      2.     Creditor filed Proof of Claim Number 2-1 in the amount of $319,113.01, including a secured arrearage in the amount of $192,703.38.

      3.     Debtor's Plan indicates an intention to mediate with Creditor through the Loss Mitigation Mediation Program.

      4.     If a mediation commences after the filing of an appropriate motion and results in an impasse or denial of the modification application, Creditor's Proof of Claim should be in paid in full or the property surrendered.

      **WHEREFORE**, Creditor, respectfully requests the Court sustain this Objection and for such other and further relief as the Court deems appropriate.

                                                      */s/ Gavin N. Stewart*
                                                      Gavin N. Stewart, Esquire

    Florida Bar Number 52899
P.O. Box 5703
Clearwater, FL 33765
P: (727) 565-2653
F: (727) 213-9022
E: bk@stewartlegalgroup.com
Counsel for Movant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF notice this 30th day of March, 2018.

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esquire

Pedro R Mendez
c/o counsel for Debtor

Ricardo Corona, Esq.
3899 NW 7 St., Second Floor
Miami, FL 33126

Nancy K. Neidich
POB 279806
Miramar FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami FL 33130